IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALISHA S. POLING            )
                            )
v.                          ) NO. 3-11-1100
                            ) JUDGE CAMPBELL
CHEATHAM COUNTY BOARD       )
OF EDUCATION                )

ORDER

Pending before the Court is an Agreed Motion to Extend Deadline to Complete Oral Discovery, Extend Dispositive Motion Date, and to Continue Trial and Plaintiff's Motion to Extend Written Discovery Deadline (Docket No. 16). The Motion is referred to the Magistrate Judge for decision and to recommend a new trial date.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE