ORDER:

motion granted.
Telephone case management conference is RESCHEDULED to November 14, 2013, at 10:30 A.M.

John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALISHA S. POLING, | ) | |
| | ) | |
| Plaintiff, | ) | JURY DEMAND |
| | ) | |
| vs. | ) | Civil Action No. 3:11-cv-1100 |
| | ) | Judge Todd J. Campbell |
| | ) | Magistrate Judge John S. Bryant |
| THE CHEATHAM COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff, Alicia Poling and Defendant, The Cheatham County Board of Education (collectively "the Parties") respectfully request to continue the case management conference set for November 7, 2013 at 9:30 a.m. to November 14, 2013. As grounds the Parties would state that Plaintiff's counsel will be traveling to Florida on November 7th and is unavailable. Plaintiff's counsel conferred with the Court's clerk and understands that the Court is available on November 14th.

Accordingly, the Parties respectfully request that the case management conference set for November 7, 2013 at 9:30 a.m. be rescheduled to November 14, 2013. A proposed order is filed contemporaneously herewith.

Respectfully submitted,

/s/ Joe Napiltonia
Joe Napiltonia, (BPR No. 26881)
219 Third Avenue North
Franklin, Tennessee 37064
(615) 807-1605
joenap@navyseallawyer.com
*Attorney for Plaintiff*

/s/ John Schwalb
John D. Schwalb (BPR No. 011671)
108 Fourth Avenue South, Suite 208
Franklin, Tennessee 37064
(615) 794-7100
john_schwalb@msn.com
*Attorney for Defendant*